IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF A | § | |
| MEMBER OF THE BAR OF THE | § | No. 28, 2019 |
| SUPREME COURT OF | § | |
| DELAWARE: | § | ODC File No. 113805-B |
| | § | |
| SEAN K. HORNBECK, | § | |
| | § | |
| Respondent. | § | |

Submitted: January 3, 2019
Decided: January 23, 2019

Before **VAUGHN**, **SEITZ**, and **TRAYNOR**, Justices.

## <u>ORDER</u>

Upon receipt of a request to impose reciprocal discipline on a member of the Delaware Bar, it appears to the Court that:

(1) This is a lawyer disciplinary proceeding. The Office of Disciplinary Counsel initiated proceedings seeking reciprocal discipline against the respondent, Sean K. Hornbeck. The ODC asserted that Hornbeck had been disbarred by the Supreme Court of Tennessee on February 16, 2018 for numerous violations of the Tennessee Rules of Professional Conduct. This Court previously transferred Hornbeck to disability inactive status in 2009.

(2) In accordance with Rule 18 of the Delaware Lawyers' Rules of Disciplinary Procedure, the Board on Professional Responsibility sent a notice to Hornbeck of the Tennessee order and directed him or his counsel to inform

the Board and the Court of any claim he might have regarding why the identical discipline of disbarment should not be imposed in Delaware. Hornbeck did not respond. On January 3, 2019, in accordance with Rule 18(d), the Board filed its report with this Court recommending that Hornbeck be disbarred from the practice of law in Delaware.

(3) The Court has considered the matter carefully. We find the Board's recommendation of disbarment to be appropriate. We therefore accept the Board's findings and recommendations for discipline. Hornbeck shall be removed from disability inactive status and disbarred.

NOW, THEREFORE, IT IS ORDERED that Sean K. Hornbeck is hereby removed from disability inactive status and DISBARRED from the practice of law in Delaware. His name shall be stricken immediately from the roll of attorneys licensed to practice before the Courts of this State. The Office of Disciplinary Counsel shall disseminate this Order in accordance with Rule 14 of the Delaware Lawyers' Rules of Disciplinary Procedure.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice